**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000431
10-NOV-2021
08:20 AM
Dkt. 47 ORD**

NO. CAAP-21-0000431


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee, v.
CHRIS ANNO, JR., also known as Chris Junior Anno,
Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC-20-0001303)


ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Leonard, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed November 4, 2021, by Defendant-Appellant Chris Anno, Jr. (Anno), the papers in support, and the record, it appears that the parties stipulate to dismiss this docketed appeal, under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b) and (c), and attached to the stipulation is Anno's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved and the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, November 10, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge